# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **COLOMBO CANDY & TOBACCO WHOLESALE CO. d/b/a COLOMBO DISTRIBUTION,** | **8:13CV148** |
| Plaintiff, | |
| v. | |
| **AMERISTAR CASINO COUNCIL BLUFFS, INC.,** | **ORDER** |
| Defendant, | |
| v. | |
| **UNION INSURANCE,** | |
| Intervenor. | |

THIS MATTER having come before the court on Plaintiff's Unopposed Motion to Issue Order on Certegy to Produce Subpoenaed Documents (Filing No. 72), the court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

The Unopposed Motion to Issue Order on Certegy to Produce Subpoenaed Documents (Filing No. 72) is GRANTED. Certegy shall respond to Plaintiff's Subpoena Duces Tecum, proof of service of which was filed with the court on June 13, 2014 (Filing No. 71), within ten (10) days of the entry of this order.

Dated this 24th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge