IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **COLOMBO CANDY & TOBACCO WHOLESALE CO. d/b/a Colombo Distribution,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**AMERISTAR CASINO COUNCIL BLUFFS, INC.,**<br><br>　　　　**Defendant,**<br>　vs.<br><br>**UNION INSURANCE,**<br><br>　　　　**Intervenor.** | **CASE NO. 8:13CV148**<br><br>**ORDER OF DISMISSAL** |

　　　　This matter is before the Court on the Parties' Joint Stipulation for Dismissal of Complaint to Intervene, with Prejudice (Filing No. 75).  The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved.  Intervenor Union Insurance's Amended Complaint to Intervene (Filing No. 29) will be dismissed, with prejudice.  The Parties will bear their own costs and attorneys' fees related to said complaint.  Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The Parties' Joint Stipulation for Dismissal of Complaint to Intervene, with Prejudice (Filing No. 75) is approved;

　　　　2.　　Union Insurance's Complaint to Intervene (Filing No. 29) is dismissed, with prejudice; and

3. The Parties will bear their own costs and attorneys' fees related to Union Insurance's Amended Complaint to Intervene (Filing No. 29).

Dated this 21st day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge